# UNITED STATES DISTRICT COURT
## for the Central District of Illinois

**FILED**

JUN **1 3** 2023

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

)
)
Plaintiff, )
)
*Sonja Crais* )
)  Case No. *23-1229*
v. )
)
)
)
peoria & Bloomington  Defendant(s). )
DCFS  *Sheriffs department*
Peoria
Courthouse
Social security

## PRO SE CIVIL RIGHTS COMPLAINT
### (Non-Prisoner)

### I. JURISDICTION

Subject matter jurisdiction is invoked under 28 U.S.C. § 1331, 28 U.S.C. § 1343(a)(3), and/or 42 U.S.C. § 1983. List any additional bases for federal subject matter jurisdiction here:

### II. PARTIES

**Plaintiff:**

A. Plaintiff, a citizen of _*Ill.*_ (state), who resides at

_____, alleges that

his/her civil rights were violated by the individual(s) named below.

**Defendant #1:**

B. Defendant *DCFS* *Peoria/Bloomington* *Ashley, Mary, Leslie. Megan* is employed as a
(a) (Name of First Defendant)

_____*DCFS*_____
(b) (Position/Title)

with_*Peoria DCFS*_____.
(c) (Employer's Name and Address)    *False accusations*

1

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: MY constitution cibil Rights keeping my daughter from me.

**Defendant #2:**

C.    Defendant *Sheriffs department* Jacob ^marium & Nicholous Norwood _____ is employed as a

(a) (Name of Second Defendant)

_____

(b) (Position/Title)

with_____.

(c) (Employer's Name and Address)                    Invasion of privacy false accusations

*Check one of the following:*

☐ This defendant **personally participated** in causing my injury, and I want **money damages**.   Briefly describe how this defendant participated:

My will money & Property/ thats why they are holding my daughter illegaly. And now saying I can not talk to her on the phone without it being monitored and I have not even been getting any visits and have not seen her since November 2022

☑ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom:  DCFS is violating my rights and my 6yr. old childs rights took her out of the courthouse while I was in eviction court w/no evidence of any harm to my child saying we think you have mental problems which psychiatrist said no I don't. Has my daughter in a mental hospital saying she's crazy and she's keeping her on medicine when she should not be on anything giving her shots then calling her zombie.

Said in court I waived my time limits which I never Did Would never waive any of my Rights

**Defendant #3:**

D.  Defendant _Judge Mark &or Derek Asbury_ is employed as a _public Defender Adam_
(a) (Name of Third Defendant)

_Judge_
(b) (Position/Title)

with _Peoria courthouse_
(c) ) (Employer's Name and Address)

*Check one of the following:*

☐This defendant **personally participated** in causing my injury, and I want **money damages**.  Briefly describe how this defendant participated:

☑The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone to something). Briefly describe this policy or custom: The police lied saying I called them and refused to talk to them and sent police to court that were not the ones who did come to the house. Judge didn't let me cross examine anything of the false accusations against me, would not let me object to anything they were saying.
Public defender not fighting for my rights to even have a visit w child told me not to say why I took my daughter to a shelter to protect her from concerns she brought up.

**Additional Defendant(s) (if any):**

E.  Using the outline set forth above, identify any additional Defendant(s), using additional pages, if necessary.

SSecurity put an illegal life insurance policy on me and my child and made it look like I did it. And when I called about it the Robert Weiland said me can do whatever he wants and said he was the feds.

## III. PREVIOUS LAWSUITS

A.    Have you begun any other lawsuits in federal court? Yes ☒    ☐No

B.    If your answer to "A" is YES, describe the lawsuit in the space below. *If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper using the same outline.*

    1.    Parties to previous lawsuits:

        Plaintiff(s):

        Defendant(s):

    2.    Date of Filing: Aug 22 2021

    3.    Case Number: 1:2021 cv 01237

    4.    Jurisdiction/Court: federal court

    5.    Name of Judge: James E Shadid Thomas Schanzle Haskins

    6.    Issues Raised: Health care discrimination, trying to hide my cancer and deny my healthcare and even still bringing up my health in child case which has nothing to do w/it.

    7.    Disposition of Case (for example: Was the case dismissed? Was it appealed? Is it still pending?): No it was threatened out of this case If I didit stop the case they would take my child so I

    8.    Date of Final Disposition: just left it alone.

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, when, where, how, and by whom you feel your constitutional rights were violated. Do not include legal arguments or citations. If you intend to allege several related claims, you must number and set forth __each__ claim in a __separate__ paragraph.*

1. On or about **Nov      2022** (month,day,year), at approximately **12 or 1**
   ☐ a.m. ☒ p.m., plaintiff was present in the municipality (or unincorporated area of)
   **A Court official named Kyle Anderson & Mary Dcfs**, in the County of
   **Peoria**, in the State of Illinois, at
   **Peoria Courthouse**,

   where defendant(s) violated plaintiff's civil rights as follows *(check each box that applies)*:

   ☐     arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;

   ☒     searched plaintiff or his property without a warrant and without reasonable cause;

   ☒     used excessive force upon plaintiff;

   ☒     failed to intervene to protect plaintiff from violation of his/her civil rights by one or more other defendants;

   ☒     failed to provide plaintiff with necessary medical care;

   ☒     conspired together to violate one or more of plaintiff's civil rights;

   ☐     other *(please explain)*: _____

   _____

   _____

2. Plaintiff was charged with one or more crimes, specifically:

   _____

   _____

3. The criminal proceedings *(check the box that applies)*:

   ☐     are still pending.
   ☐     were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.
   ☐     resulted in a finding of guilty on one or more of the charges.
   ☐     other:_____

   _____

   _____

5

4.  Plaintiff further alleges as follows: *Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*

I went to court for eviction a court official said he would keep an eye on her while they held court Kyle Anderson litterally walked her out of the court room I went out after her and a lady named Mary said she took my daughter because she thought I was crazy which by civil constitution rights can not assume because she is not a pysciatrist and I was cleared by a pysciatrist I'm not homicial, sucidal or homicidal nor am I depressed. I don't have a criminal history and did nursing for 22 years never having any bad reports on me. People of defining/defimating my name and character. Since this they placed my daughter in a mental hospital and told me they are giving her shots which is illegal my daughter is not harmful to self or others. I was also cleared by a pyschiatrist and successfully discharged from counseling/therapy and all services. Said they get more money to adopt our kids than to give them back

5.  Defendant(s) acted knowingly, intentionally, willfully, and maliciously.

6.  As a result of Defendant's conduct, plaintiff was injured as follows:
    My daughter being 16 yrs old was taken to Chicago ill and placed in a mental hospital and being threatened w/ needle and given shots and was verified w/ hospital staff.

7.  Plaintiff asks that this case be tried by a jury.  □ Yes      □ No

## V.  PRAYER FOR RELIEF

Plaintiff requests that the Court grant the following relief:

1. Compensatory Damages in the amount of $ _____80,000_____ to compensate for *(check all that apply)*:

   - ☐ bodily harm
   - ☒ emotional harm
   - ☒ pain and suffering
   - ☒ loss of income
   - ☒ loss of enjoyment of life
   - ☒ property damage

2. Punitive Damages:     ☒ Yes     ☐ No

3. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

## DECLARATION UNDER FEDERAL RULE OF CIVIL PROCEDURE 11

I certify to the best of my knowledge, information, and belief, that this complaint is in full compliance with Rule 11(a) and 11(b) of the Federal Rules of Civil Procedure. The undersigned also recognizes that failure to comply with Rule 11 may result in sanctions.

Date: 5·24·23

Signature of Plaintiff: _____

Plaintiff's Name *(print clearly or type)*: Sonja Craig

Mailing Address: 714 Hamilton

City: Peoria                    State: IL          Zip: 61603

Plaintiff's Telephone Number: (309) 251-7442

7